**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

DRYWALL TAPERS AND POINTERS OF GREATER
NEW YORK LOCAL UNION 1974, AFFILIATED WITH
INTERNATIONAL UNION OF ALLIED PAINTERS AND
ALLIED TRADES, AFL-CIO AND TRUSTEES OF THE
DRYWALL TAPERS AND PAINTERS LOCAL UNION
NO. 1974 BENEFIT FUNDS,

                    Petitioners,                              24 **CIVIL** 5393 (PAE)

       -against-                                        **JUDGMENT**

NOV A BROTHERS, INC.,

                    Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 19, 2024, the Court confirms the Award in favor of petitioners and issues judgment in the amount of $6,460.12, plus post-judgment interest pursuant to 28 U.S.C. § 1961(a). Accordingly, the case is closed.

**Dated**: New York, New York
           November 20, 2024

                                                                       **DANIEL ORTIZ
                                                                       Acting Clerk of Court**

                                                       **BY:**

                                                                          _____
                                                                             **Deputy Clerk**